[No. 9235–6–III.   Division Three.   March 16, 1989.]

RICK D. HAYES, ET AL, *Appellants,* v. CAROL VON HOLT, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 85–2–03449–4, William G. Luscher, J., entered March 29, 1988. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Green and Shields, JJ.

[No. 9238–1–III.   Division Three.   March 16, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. CLANCY W.C., *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 87–8–00321–2, John G. Carroll, J. Pro Tem., entered March 28, 1988. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Shields, J.

[Nos. 8950–9–III; 9699–8–III.   Division Three.   March 16, 1989.]

JOHN V. CAROTHERS, *Respondent,* v. LARRY KINCHELOE, *as Superintendent of the Washington State Penitentiary,* ET AL, *Appellants.*

*In the Matter of the Personal Restraint of* JOHN CAROTHERS, *Petitioner.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 87–2–00095–9, James B. Mitchell, J., entered October 14, 1987, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Munson, J., concurred in by Green and Shields, JJ.